```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 00819
   WALTER COOPER
   MARY COOPER                                CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-3890      SSN XXX-XX-8375


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 01/11/2005 and was confirmed 02/23/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  43.63%.

     The case was paid in full 07/24/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------
DISCOVER FINANCIAL SERVI   UNSECURED         11313.25         .00         4935.41
CORUS BANK                 CURRENT MORTG         .00          .00             .00
MID AMERICA BANK           CURRENT MORTG         .00          .00             .00
DEER & STONE               PRIORITY        NOT FILED          .00             .00
AMERICAN EXPRESS TRAVEL    UNSECURED          9726.08         .00         4243.00
AMERICAN EXPRESS TRAVEL    UNSECURED         13856.13         .00         6044.74
DISCOVER BANK              NOTICE ONLY     NOT FILED          .00             .00
ECAST SETTLEMENT CORP      UNSECURED         11759.22         .00         5129.96
ECAST SETTLEMENT CORP      UNSECURED         12697.54         .00         5539.30
ECAST SETTLEMENT CORP      UNSECURED          9276.35         .00         4046.81
CITI CARD                  UNSECURED       NOT FILED          .00             .00
RESURGENT ACQUISITION LL   UNSECURED          8870.45         .00         3869.73
RESURGENT ACQUISITION LL   UNSECURED          3617.01         .00         1577.92
DISCOVER FINANCIAL SERVI   UNSECURED         10930.20         .00         4768.30
FIRST NATIONAL BANK OF O   UNSECURED         15116.66         .00         6594.64
ECAST SETTLEMENT CORP      UNSECURED OTH    17219.18         .00         7512.21
GE SELECT                  UNSECURED       NOT FILED          .00             .00
HARRIS BANK                UNSECURED       NOT FILED          .00             .00
ECAST SETTLEMENT CORP      UNSECURED          9253.09         .00         4036.66
AMERICAN EXPRESS           NOTICE ONLY     NOT FILED          .00             .00
CHASE MANHATTAN BANK       NOTICE ONLY     NOT FILED          .00             .00
MBNA AMERICA               UNSECURED       NOT FILED          .00             .00
MBNA AMERICA               UNSECURED       NOT FILED          .00             .00
MBNA AMERICA               UNSECURED       NOT FILED          .00             .00
MBNA AMERICA               UNSECURED       NOT FILED          .00             .00
LVNV FUNDING LLC           UNSECURED         11538.72         .00         5033.77
FLEET CREDIT CSRD SERVIC   NOTICE ONLY     NOT FILED          .00             .00
FIRST NATIONAL BANK OF O   NOTICE ONLY     NOT FILED          .00             .00
MBNA                       NOTICE ONLY     NOT FILED          .00             .00
DEER & STONE               DEBTOR ATTY      1,500.00                     1,500.00
TOM VAUGHN                 TRUSTEE                                       3,567.59
DEBTOR REFUND              REFUND                                            2.32

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 00819 WALTER COOPER & MARY COOPER
```

Summary of Receipts and Disbursements:

```
                              RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------
TRUSTEE                      68,402.36

PRIORITY                                                    .00
SECURED                                                     .00
UNSECURED                                             63,332.45
ADMINISTRATIVE                                         1,500.00
TRUSTEE COMPENSATION                                   3,567.59
DEBTOR REFUND                                              2.32
                             ---------------       ---------------
TOTALS                       68,402.36                68,402.36
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/29/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 00819 WALTER COOPER & MARY COOPER